Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hunan Manor LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4159916 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 339 Lexington Ave<br>New York, NY 10016<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| New York<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Hunan Manor LLC**                                Case number (if known) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __**2511**__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____

   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No

    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  **See Attachment** _____ Relationship _____

    District _____ When _____ Case number, if known _____

Debtor  **Hunan Manor LLC**  
  Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

Check all that apply:

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Hunan Manor LLC**                             Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 9, 2018**
             MM / DD / YYYY

X _____     **Zhida Li**
  Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____     Date **May 9, 2018**
  Signature of attorney for debtor         MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone   **212-620-0938**    Email address   **info@m-t-law.com**

**2889590 NY**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Debtor | Hunan Manor LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____  Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | A Taste of Mao, Inc. | | | Relationship to you | **Affilliate** |
|---|---|---|---|---|---|
| District | Eastern District of New York | When | 5/11/18 | Case number, if known | **18-42750** |
| Debtor | Hunan House Inc. | | | Relationship to you | **Affiliate** |
| District | EDNY | When | 5/11/18 | Case number, if known | **18-42752** |

Case 1-18-42753-cec    Doc 1    Filed 05/11/18    Entered 05/11/18 10:47:25

# United States Bankruptcy Court
## Eastern District of New York

In re    **Hunan Manor LLC**                                        Case No. _____
                                    Debtor(s)                        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **May 8, 2018**                          _____
                                                 **Zhida Li/President**
                                                 Signer/Title

Baojun Tian
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Guo Yong Zhu
c/o Lee Litigation Group
30 E. 39th Street, 2nd FL
New York, NY 10016


Guoqiang Xu
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Jian Cai
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Jixiang Wang
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Lianhe Zhou
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Min Jiang
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Ming Da Ke
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355

Qifang Chen
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Shi Ming Chen
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Shiqiang Gao
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Wei Min Zhu
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Xinlong Liu
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355


Yong Kang Liu
c/o Troy Law
41-25 Kissena Blvd
Suite 119
Flushing, NY 11355

# United States Bankruptcy Court
## Eastern District of New York

In re   **Hunan Manor LLC**                                    Case No.
                              Debtor(s)                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hunan Manor LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**200 CPS Investment Corp.**
**200 Central Park South**
**Apt 21J**
**New York, NY 10019**

☐ None [*Check if applicable*]

_May 9th 2018_                                    _/s/ Lawrence F. Morrison_
Date                                               **Lawrence F. Morrison**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **Hunan Manor LLC**
                                                   **Morrison Tenenbaum, PLLC**
                                                   **87 Walker Street, Second Floor**
                                                   **New York, NY 10013**
                                                   **212-620-0938 Fax:646-390-5095**
                                                   **info@m-t-law.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Hunan Manor LLC            **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **18-42750**    JUDGE: _____    DISTRICT/DIVISION: **Eastern District of New York**

DEBTOR NAME: **A Taste of Mao, Inc.**

CASE STILL PENDING (Y/N):  **Y**        *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affilliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.: **18-42752**    JUDGE: _____    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **Hunan House Inc.**

CASE STILL PENDING (Y/N):  **Y**        *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.: _____    JUDGE: _____    DISTRICT/DIVISION: _____

CASE STILL PENDING (Y/N): _____        *[If closed]* Date of closing: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Lawrence F. Morrison
**Lawrence F. Morrison**
Signature of Debtor's Attorney
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X   Chapter     11
IN RE:   Hunan Manor LLC

Case No.:

                Debtor(s)                           STATEMENT PURSUANT TO LOCAL RULE 2017
----------------------------------------------X

I, Lawrence F. Morrison, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
| --- | --- |
| April 30, 2018 | Initial interview, analysis of financial condition, etc. |
| May 7, 2018 | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ 525.00.

Dated:

_____
Lawrence F. Morrison
Attorney for debtor(s)
Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013

212-620-0938  Fax:646-390-5095
info@m-t-law.com

## United States Bankruptcy Court
### Eastern District of New York

In re   Hunan Manor LLC                                      Case No.  _____

                        Debtor(s)                            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 200 CPS Investment Corp.<br>200 Central Park South<br>Apt 21J<br>New York, NY 10019 | | | 99% |
| Zhida Li<br>201-07 19th Ave.<br>Bayside, NY 11360 | | | 1% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 9, 2018**                    Signature  _/s/ Zhida Li_
                                                     Zhida Li

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

HUNAN MANOR LLC,

        Debtor.

Chapter 11

Case No. 18-_____ ( )

------------------------------------------------------------X

## CORPORATE RESOLUTION

    At the meeting of the Board of Directors of Hunan Manor LLC ("Hunan Manor"), a New York limited liability company, it was determined to be in the best interests of Hunan Manor to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

    Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Zhida Li, President of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

    Be It Further Resolved, that Zhida Li, President of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

    Be It Further Resolved, that Zhida Li, President of this company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the company in such bankruptcy case

Dated: New York, New York
       May 8, 2018

By: _____
    Zhida Li, President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

HUNAN HOUSE INC.

Chapter 11

Case No. 18-_____ (    )

Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007

I, Zhida Li, duly sworn, depose and say under penalty of perjury and the laws of the United States of America pursuant to 28 U.S.C. § 1746:

1. I am the President of HUNAN HOUSE INC. ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the E.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding. The Debtor's case is related to the bankruptcy case of A Taste of Mao Inc., 18-42750.

3. The Debtor operates a restaurant located at 40 West 56th Street, New York NY 10019. The Debtor was incorporated on February 28, 2013.

4. The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to a pending lawsuit in a Federal Labor Standards Act action in the District Court for the Southern District of New York, which it cannot afford to defend.

5. The Debtor is owned 99% by 200 CPS Investment LLC and 1% by Zhida Li.

6. A list of the Debtor's top twenty (20) largest unsecured creditors is annexed hereto as Exhibit "A".

7. Currently, the estimated average monthly revenue is about $560,000-$600,000 per month. The Debtor has 35-40 employees, and the estimated average monthly payroll is approximately $80,000-$100,000, including payroll taxes. The other expenses are as follows:

a. Officer compensation: $800 per week

b. Estimated Cost of Goods Sold: about $250,000 a month

c. Estimated Operating expenses, incl. rent: about $140,000 a month.

8. All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2018.

By: Zhida Li

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Hunan Manor LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Baojun Tian<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |
| Guo Yong Zhu<br>c/o Lee Litigation Group<br>30 E. 39th Street,<br>2nd FL<br>New York, NY 10016 | | | Unliquidated<br>Disputed | | | $0.00 |
| Guoqiang Xu<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |
| Jian Cai<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |
| Jixiang Wang<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |
| Lianhe Zhou<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |
| Min Jiang<br>c/o Troy Law<br>41-25 Kissena Blvd<br>Suite 119<br>Flushing, NY 11355 | | | Unliquidated<br>Disputed | | | $0.00 |

| Debtor | Hunan Manor LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ming Da Ke c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Qifang Chen c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Shi Ming Chen c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Shiqiang Gao c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Wei Min Zhu c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Xinlong Liu c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |
| Yong Kang Liu c/o Troy Law 41-25 Kissena Blvd Suite 119 Flushing, NY 11355 | | | Unliquidated Disputed | | | $0.00 |